THE MOORE SECURITIES COMPANY, a corporation, et al., complainants,

*v.*

O. J. HAMMELL COMPANY, a corporation, and KARL SCHAFFER, defendants.

[Determined April 23d, 1924.]

**Real Estate—Title—Tax Sale—Right of Redemption Foreclosed —Prior Mortgage.**

On bill to quiet title. On final hearing.

*Messrs. Cole & Cole*, for the complainants.

*Mr. John S. Westcott*, for the defendants.

INGERSOLL, V. C.

This case was tried with *Moore Securities Co. v. Karl Schaffer* on bill to quiet title.

This is to foreclose a mortgage held by complainant upon certain lands in Atlantic City. The defendant Schaffer purchased the land at tax sale, and foreclosed the right of redemption. I am convinced that Schaffer complied with the statute, and, by so doing, became the owner of the premises clear of the lien of the mortgage sought to be foreclosed.

The bill will be dismissed.